United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AISHA FORKS,

      Plaintiff,

    v.

TRANS UNION LLC,

      Defendant.

Case No.  26-cv-01714-TLT

**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE**

Re: Dkt. Nos. 29, 30, 32

The Court is in receipt of Defendant Trans Union LLC's Notice of Plaintiff's Failure to File Amended Complaint and Request for Dismissal of Action and Entry of Judgment ("Notice").  ECF 32.  The Court construes the Notice as a motion to dismiss for failure to prosecute under Federal Rule of Procedure 41(b).  The Court further notes as follows:

1.     On May 19, 2026, the Plaintiff, a self-represented litigant, was referred to the Help Desk.  ECF 19.

2.     On June 18, 2026, the Plaintiff failed to appear for the scheduled case management conference.  ECF 30.

3.     Plaintiff's Complaint was dismissed with leave to amend by June 29, 2026. ECF 29.

4.     Plaintiff did not file an amended complaint by the Court-ordered deadline and did not seek an extension of time to do so.

Accordingly, no later than **July 10, 2026**, Plaintiff is ordered to show cause why this action should not be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and judgment entered in favor of Defendant under Federal Rule of Civil Procedure 58.

If the Court does not receive a response from Plaintiff by **July 10, 2026**, this action shall be deemed abandoned by the Plaintiff, dismissed with prejudice, and judgement entered in favor of Defendant.

IT IS SO ORDERED.

Dated: July 6, 2026

TRINA L. THOMPSON
United States District Judge