Jennifer M. Phelps, Esq. (SBN: 210746)
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 620
Email: jennifer.phelps@qslwm.com

Attorneys for Defendant
TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AISHA FORKS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>Defendants. | CASE NO. 3:26-cv-01714-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Aisha Forks ("Plaintiff"), *pro se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**PRO SE PLAINTIFF**

Date: October 7, 2026

*/s/ Aisha Forks (with Consent)*
Aisha Forks

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

Date: October 7, 2026

*/s/ Jennifer M. Phelps*
Jennifer M. Phelps
Attorneys for Defendant
TRANS UNION LLC

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Aisha Forks and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: October 7, 2026

JUDGE, United States District Court, Northern District of California

Distribution:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Aisha Forks<br>1390 Mission St., Apt. 1214<br>San Francisco, CA 94103<br>aishaforks@yahoo.com | Jennifer M. Phelps, Esq.<br>Jennifer.phelps@qslwm.com |